# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MUHAMMAD MUNAWAR ALI | § | Case No. 09-23552 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                     and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $          $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $       $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/Gregg Szilagyi_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 09-23552 | ERW | Judge: | Eugene R. Wedoff |
|---|---|---|---|---|

Case Name:  MUHAMMAD MUNAWAR ALI

For Period Ending: 09/27/11

Trustee Name: Gregg Szilagyi
Date Filed (f) or Converted (c): 06/29/09 (f)
341(a) Meeting Date: 08/10/09
Claims Bar Date: 01/26/10

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL ESTATE - 1715 N ROCKWELL CHGO IL 1/3 INTEREST | Unknown | Unknown | DA | 0.00 | Unknown |
| 2 | REAL ESTATE - 1688 LAKE MICHIGAN AVE FENNEVILLE, MI | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 3 | CASH | 1,460.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | CHECKING JP MORGAN CHASE | 33,510.62 | 33,510.62 | | 33,510.62 | FA |
| 5 | SAVINGS JP MORGAN CHASE | 1,167.25 | 0.00 | DA | 0.00 | 0.00 |
| 6 | CHECKING JP MORGAN CHASE JT W/WIFE | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | SAVINGS JP MORGAN CHASE JT W/WIFE | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | CHECKING CITIBANK | 21.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | SAVINGS CITIBANK | 4,424.00 | 4,424.00 | | 4,075.39 | FA |
| 10 | SAVINGS DHANMONDI BRANCH | 161.38 | 0.00 | DA | 0.00 | 0.00 |
| 11 | SAVINGS NATIONAL BANK BANGLADESH | 656.71 | 0.00 | DA | 0.00 | 0.00 |
| 12 | HOUSEHOLD GOODS AND FURNISHINGS | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 13 | BOOKS, ART OBJECTS, COLLECTIBLES 1/2 INTEREST | Unknown | 0.00 | | 0.00 | 0.00 |
| 14 | WEARING APPAREL | Unknown | Unknown | DA | 0.00 | Unknown |
| 15 | FURS AND JEWELRY | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 16 | INSURANCE POLICIES BANNER LIFE | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 17 | IRA T ROWE PRICE | 102,837.73 | 0.00 | DA | 0.00 | 0.00 |
| 18 | STOCK EDONIC TOFU | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 19 | STOCK JANUS ACCOUNT | 11,806.89 | 11,806.89 | | 13,667.73 | FA |
| 20 | OTHER DEBTS OWED TO DEBTOR - WAGES OWED TO DEBTOR | 1,373.63 | 0.00 | DA | 0.00 | 0.00 |
| 21 | OTHER DEBTS OWED TO DEBTOR - SAYEZ RAHIM | 8,625.00 | 8,625.00 | | 8,625.00 | 0.00 |
| 22 | LICENSES | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 23 | AUTOMOBILE 1997 JEEP CHEROKEE 1/2 W/WIFE | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 24 | AUTOMOBILE 2007 AUDI 1/2 W/WIFE | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 25 | MISC. REFUND (u) | 0.00 | 0.00 | | 2,544.90 | FA |
| 26 | MISC. REFUND - SCHIFF HARDIN RETAINER (u) | Unknown | 0.00 | | 23,238.96 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit A

Case No:        09-23552        ERW        Judge:   Eugene R. Wedoff

Case Name:     MUHAMMAD MUNAWAR ALI

For Period Ending: 09/27/11

Trustee Name:                        Gregg Szilagyi

Date Filed (f) or Converted (c):  06/29/09 (f)

341(a) Meeting Date:              08/10/09

Claims Bar Date:                   01/26/10

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 | AVOIDANCE ACTION - fraud transfer and non exempt assets (u) | Unknown | 0.00 | | 201,302.00 | FA |
| INT | 9999 INTEREST iNCOME (u) | Unknown | N/A | | 26.68 | Unknown |

TOTALS (Excluding Unknown Values)                  $166,044.21          $58,366.51                          $286,991.28

Gross Value of Remaining Assets

$0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   12/31/10        Current Projected Date of Final Report (TFR):   / /

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

Case No: 09-23552
Case Name: MUHAMMAD MUNAWAR ALI

Taxpayer ID No: XX-XXX1717
For Period Ending: 09/27/11

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1944 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/08/09 | 4 | CHASE BANK | LIQUIDATION OF ACCOUNT | 1129-000 | 33,510.62 | | 33,510.62 |
| 10/08/09 | 25 | TERRANCE BUTLER | LOAN REPAYMENT | 1121-000 | 2,544.90 | | 36,055.52 |
| 10/08/09 | 9 | ALI, MUHAMMAD MUNAWAR 1715 NORTH ROCKWELL STREET CHICAGO, IL 60647 | LIQUIDATION OF ACCOUNT | 1129-000 | 4,075.39 | | 40,130.91 |
| 10/08/09 | | MUNAWAR ALI | LIQUIDATION OF ACCOUNT | 1129-000 | 4,075.39 | | 44,206.30 |
| 10/08/09 | 21 | SAYEZ RAHIM | LOAN REPAYMENT | 1129-000 | 8,625.00 | | 52,831.30 |
| 10/08/09 | | MUNAWAR ALI | duplicate | 1129-000 | -4,075.39 | | 48,755.91 |
| 10/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.76 | | 48,756.67 |
| 11/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.20 | | 48,757.87 |
| 12/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.24 | | 48,759.11 |
| 01/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.24 | | 48,760.35 |
| 02/26/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.12 | | 48,761.47 |
| 03/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.24 | | 48,762.71 |
| 04/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.20 | | 48,763.91 |
| 05/28/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.24 | | 48,765.15 |
| 06/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.20 | | 48,766.35 |
| 07/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.24 | | 48,767.59 |
| 08/12/10 | 19 | ALI, MUHAMMAD MUNAWAR 1715 NORTH ROCKWELL STREET CHICAGO, IL 60647 | LIQUIDATION OF JANUS ACCOUNT | 1129-000 | 13,667.73 | | 62,435.32 |
| 08/31/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | 1.97 | | 62,437.29 |
| 09/30/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | 2.57 | | 62,439.86 |
| 10/29/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | 2.65 | | 62,442.51 |
| 11/01/10 | | Transfer to Acct#XXXXXX2325 | Transfer of Funds | 9999-000 | | 500.00 | 61,942.51 |
| 11/30/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | 2.55 | | 61,945.06 |
| 12/31/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | 2.63 | | 61,947.69 |
| 01/31/11 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | 2.63 | | 61,950.32 |

Page Subtotals      62,450.32      500.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:  09-23552
Case Name:  MUHAMMAD MUNAWAR ALI

Taxpayer ID No:  XX-XXX1717
For Period Ending:  09/27/11

Trustee Name:  Gregg Szilagyi
Bank Name:  Bank of America
Account Number/CD#:  XXXXXX1944 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/11 | 27 | ALI, MUHAMMAD MUNAWAR 1715 NORTH ROCKWELL STREET CHICAGO, IL 60647 | SETTLEMENT PROCEEDS | 1241-000 | 201,302.00 | | 263,252.32 |
| 08/03/11 | 26 | SCHIFF HARDIN | REFUND OF UNUSED RETAINER | 1229-000 | 23,238.96 | | 286,491.28 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 286,991.28 | 500.00 | 286,491.28 |
| Less: Bank Transfers/CD's | 0.00 | 500.00 | |
| Subtotal | 286,991.28 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 286,991.28 | 0.00 | |

Page Subtotals          224,540.96          0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

Case No:  09-23552
Case Name:  MUHAMMAD MUNAWAR ALI

Taxpayer ID No: XX-XXX1717
For Period Ending: 09/27/11

Trustee Name:  Gregg Szilagyi
Bank Name:  Bank of America
Account Number/CD#:  XXXXXX2325 - CHECKING ACCOUNT
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/10 | | Transfer from Acct#XXXXXX1944 | Transfer of Funds | 9999-000 | 500.00 | | 500.00 |
| 09/26/11 | | Nawshaw Zamir | Wire legal fee to Bangladeshi Sp. Counsel 11/1/10 | 3210-000 | | 500.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 500.00 | 500.00 | 0.00 |
| Less: Bank Transfers/CD's | 500.00 | 0.00 | |
| Subtotal | 0.00 | 500.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 500.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | | | |
| MONEY MARKET ACCOUNT - XXXXXX1944 | 286,991.28 | 0.00 | 286,491.28 |
| CHECKING ACCOUNT - XXXXXX2325 | 0.00 | 500.00 | 0.00 |
| | ---------------------------- | ---------------------------- | ------------------ |
| | 286,991.28 | 500.00 | 286,491.28 |
| | =============== | =============== | =========== |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts:        0.00
Total Net Deposits:        286,991.28
Total Gross Receipts:        286,991.28

|  | | |
|---|---|---|
| Page Subtotals | 500.00 | 500.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 09-23552
Debtor Name: ALI, MUHAMMAD MUNAWAR
Claims Bar Date: 01/26/10

Date: September 27, 2011

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $17,599.56 | $17,599.56 |
| 100<br>2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100<br>3410 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | Administrative | | $0.00 | $2,430.00 | $2,430.00 |
| 100<br>3420 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100<br>3210 | CRANE HEYMAN SIMON<br>WELCH & CLAR<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL 60603 | Administrative | | $0.00 | $42,889.50 | $42,889.50 |
| 100<br>3220 | CRANE HEYMAN SIMON<br>WELCH & CLAR<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL 60603 | Administrative | | $0.00 | $0.00 | $0.00 |
| 13<br>280<br>5800 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Priority | | $0.00 | $13,569.39 | $13,569.39 |
| 1<br>300<br>7100 | PYOD LLC its successors and<br>assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $0.00 | $13,930.38 | $408.98 |
| 2<br>300<br>7100 | Brown and Brown, Inc.<br>c/o Neal H. Levin, Esq.<br>Freeborn & Peters LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606 | Unsecured | | $0.00 | $1,928,603.00 | $1,928,603.00 |
| 3<br>300<br>7100 | Accretive Insurance Agency Inc<br>C/O K Shane Caldwell<br>Paula K Jacobi<br>1 N Wacker Drive Fl 44<br>Chicago, IL 60606 | Unsecured | | $0.00 | $525,000.32 | $85,000.00 |
| 5<br>300<br>7100 | Rothschild, Barry & Myers LLP<br>55 W. Monroe St., Ste. 3900<br>Chicago, IL 60603<br>(312) 372-2345 | Unsecured | | $0.00 | $78,253.88 | $0.00 |
| 5<br>300<br>7100 | Rothschild, Barry & Myers LLP<br>55 W. Monroe St., Ste. 3900<br>Chicago, IL 60603<br>(312) 372-2345 | Unsecured | | $0.00 | $43,904.00 | $43,904.00 |
| 6<br>300<br>7100 | Mustacque Ali<br>2531 W Moffat Street Apt 3<br>Chicago, IL 60647 | Unsecured | | $0.00 | $298,479.63 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 09-23552                                                          Date: September 27, 2011
Debtor Name: ALI, MUHAMMAD MUNAWAR
Claims Bar Date: 01/26/10

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8 300 7100 | Muhammad Mustaque Ali 2531 W. Moffat, Unit #3 Chicago, IL 60647 | Unsecured | | $0.00 | $105,241.00 | $0.00 |
| 13 300 7100 | Department of the Treasury Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | Unsecured | | $0.00 | $3,610.75 | $3,610.75 |
| 4 350 7200 | Muhammad Munawar Ali Muhammad Munawar Ali (ADMINISTRATIVE) c/o Brad A. Berish, Esq. Adelman & Gettleman, Ltd. 53 W. Jackson Boulevard, Suite 1050 Chicago, IL 60604 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 7 350 7200 | Maura Cullen 1715 North Rockwell Street Chicago, IL 60647 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 9 350 7200 | Illinois Department of Revenue 100 W. Randolph Bankruptcy Section-Level 7-425 Chicago, IL 60601 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 10 350 7200 | Department of the Treasury Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 10 350 7200 | Internal Revenue Service 230 S. Dearborn St. Attn: STOP 5010-CHI Chicago, IL 60604 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 11 350 7200 | Audi Financial Services P.O. Box 3 Hillsboro, OR 97123 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 12 350 7200 | Wachovia Mortgage P.O. Box 105693 Atlanta, GA 30348 | Unsecured | | $0.00 | $0.00 | $0.00 |
| | Case Totals | | | $0.00 | $3,073,511.41 | $2,138,015.18 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-23552
Case Name: MUHAMMAD MUNAWAR ALI
Trustee Name: Gregg Szilagyi

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |
| Attorney for Trustee Fees: CRANE HEYMAN SIMON WELCH & CLAR | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Department of the Treasury | $ | $ | $ |

Total to be paid to priority creditors                                $_____

Remaining Balance                                                    $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 2 | Brown and Brown, Inc. | $ | $ | $ |
| 3 | Accretive Insurance Agency Inc | $ | $ | $ |
| 5 | Rothschild, Barry & Myers LLP | $ | $ | $ |
| 13 | Department of the Treasury | $ | $ | $ |

Total to be paid to timely general unsecured creditors            $_____

Remaining Balance                                                    $_____


Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE