UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MUHAMMAD MUNAWAR ALI § Case No. 09-23552
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/22/2011 in Courtroom 744,
United States Courthouse
219 S. Dearborn St., Chgo, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/27/2011                By: Gregg Szilagyi
                                                Trustee


*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MUHAMMAD MUNAWAR ALI § Case No. 09-23552
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 286,991.28 |
| and approved disbursements of | $ 500.00 |
| leaving a balance on hand of[1] | $ 286,491.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Gregg Szilagyi | $ 17,599.56 | $ 0.00 | $ 17,599.56 |
| Attorney for Trustee Fees: CRANE HEYMAN SIMON WELCH & CLAR | $ 42,889.50 | $ 0.00 | $ 42,889.50 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 2,430.00 | $ 0.00 | $ 2,430.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 62,919.06 |
| Remaining Balance | | $ | 223,572.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,569.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Department of the Treasury | $ 13,569.39 | $ 0.00 | $ 13,569.39 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 13,569.39 |
| Remaining Balance | $ | 210,002.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,061,526.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | $ 408.98 | $ 0.00 | $ 41.66 |
| 2 | Brown and Brown, Inc. | $ 1,928,603.00 | $ 0.00 | $ 196,462.21 |
| 3 | Accretive Insurance Agency Inc | $ 85,000.00 | $ 0.00 | $ 8,658.75 |
| 5 | Rothschild, Barry & Myers LLP | $ 43,904.00 | $ 0.00 | $ 4,472.40 |
| 13 | Department of the Treasury | $ 3,610.75 | $ 0.00 | $ 367.81 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 210,002.83 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
                              Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 09-23552-ERW
Muhammad Munawar Ali                                              Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams           Page 1 of 2              Date Rcvd: Oct 28, 2011
                              Form ID: pdf006           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2011.
```
db           +Muhammad Munawar Ali,   1715 North Rockwell Street,    Chicago, IL 60647-5219
14117976      Accretive Insurance Agency,    1225 International Parkway,    Suite 2021,   Lake Mary, FL 32746
15013183     +Accretive Insurance Agency Inc,    C/O K Shane Caldwell,   Paula K Jacobi,
               1 N Wacker Drive Fl 44,   Chicago, IL 60606-2841
14117977      Accretive Insurance Group, Inc.,    PBS of Central Florida, Inc.,
               10105 Dr. ML King Drive Street North,    Saint Petersburg, FL 33716
14117978     +Allegan County Treasurer,   113 Chestnut Street,    P.O. Box 259,    Allegan, MI 49010-0259
14117981     +Brown & Brown, Inc.,   c/o James M. Witz, Esq.,    Freeborn & Peters, LLP,
               311 South Wacker Drive, Suite 3000,   Chicago, IL 60606-6679
15012461     +Brown and Brown, Inc.,   c/o Neal H. Levin, Esq.,    Freeborn & Peters LLP,
               311 S. Wacker Drive, Suite 3000,   Chicago, IL 60606-6679
14117982     +Cook County Assessor,   County Bldg., Room 301,    118 N. Clark St.,    Chicago, IL 60602-1354
14117983     +Harris, N.A.,   P.O. Box 5043,   Rolling Meadows, IL 60008-5043
14117984    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    100 W. Randolph,
               Bankruptcy Section-Level 7-425,   Chicago, IL 60601)
14117985    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Department of the Treasury,    Internal Revenue Service,   PO Box 21126,
               Philadelphia, PA 19114)
16932090    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    230 S. Dearborn St.,   Attn: STOP 5010-CHI,
               Chicago, IL 60604)
14579067     +JP MORGAN CHASE BANK,   Louis Bernstein,    Muchshelist,   191 N Wacker Drive suite 1800,
               Chicago,IL 60606-1631
14117986     +JPMorgan Chase,   P.O. Box 9001020,   Louisville, KY 40290-1020
14117987     +JPMorgan Chase Bank, N.A.,    Home Equity Lending Division,   1111 Polaris Parkway,
               Columbus, OH 43240-2031
14117988     +Maura Cullen,   1715 North Rockwell Street,    Chicago, IL 60647-5219
15013374     +Muhammad Munawar Ali,   c/o Brad A. Berish, Esq.,    Adelman & Gettleman, Ltd.,
               53 W. Jackson Boulevard, Suite 1050,   Chicago, IL 60604-3786
14117989     +Muhammad Mustaque Ali,   2531 W. Moffat, Unit #3,    Chicago, IL 60647-4312
15015114     +Mustacque Ali,   2531 W Moffat Street Apt 3,    Chicago, IL 60647-4312
14117990     +Rothschild Barry & Myers LLP,    c/o Alan S. Madans, Esq.,   55 W. Monroe Street,   Suite 3900,
               Chicago, IL 60603-5074
15013813     +Rothschild, Barry & Myers LLP,   55 W. Monroe St., Ste. 3900,    Chicago, IL 60603-5074,
               (312) 372-2345
14117991     +Schiff Hardin LLP,   c/o Matthew C. Crowell, Esq.,   233 S. Wacker Drive, Suite 6600,
               Chicago, IL 60606-6307
14117992     +Wachovia Mortgage,   P.O. Box 105693,   Atlanta, GA 30348-5693
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14117980     +E-mail/Text: vci.bkcy@vwcredit.com Oct 29 2011 00:41:10     Audi Financial Services,
               P.O. Box 17497,   Baltimore, MD 21297-1497
14275650     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 29 2011 00:40:37
               PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
14117979      E-mail/Text: vci.bkcy@vwcredit.com Oct 29 2011 00:41:10     Audi Financial Services,   P.O. Box 3,
               Hillsboro, OR 97123
                                                                                              TOTAL: 3
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Crane Heyman Simon Welch & Clar
aty          Jamiruddin & Jurists
aty          John B Murphy
aty          Lois West
aty          Muhammad Nawshad Zamir
aty          Popowcer Katten Ltd
                                                                                   TOTALS: 6, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dwilliams         Page 2 of 2            Date Rcvd: Oct 28, 2011
                              Form ID: pdf006         Total Noticed: 26

                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2011**            **Signature:**    *Joseph Speetjens*