**FILED**

**NOV 22 2011**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                         )
                                               )
                                               )    Case No. 09 B 23552
     Muhammad Munawar Ali                      )
                                               )
                                               )
                                               )    Chapter 7
                                               )
          Debtor.                              )
                                               )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO CRANE, HEYMAN, SIMON, WELCH & CLAR, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $42,899.50 | TOTAL COSTS REQUESTED: | $888.91 |
| TOTAL FEES REDUCED: | $690.02 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $42,209.48 | TOTAL COSTS ALLOWED: | $888.91 |

**TOTAL FEES AND COSTS ALLOWED: $43,098.39**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(2)    **Unreasonable Time**

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). See also *In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

Dated: November 22, 2011

Eugene R. Wedoff
United States Bankruptcy Judge

1

| DATE | COMMENT | ATTY | HOURS |
|---|---|---|---|
| 08/18/11 | Begin draft of fee application | SRC | 1.30 |
|  | Begin draft of fee application | SRC | 1.20 |
| 08/26/11 | Continue draft of fee motion | SRC | 1.30 |
| 08/27/11 | Review and revise fee application. | SRC | 2.50 |
| Total: |  |  | 6.30 |
|  |  |  | × $450 |
|  |  |  | $2,835 |

②

Fees requested (total)    $42,899.50
5%    $2,144.98

Fees disallowed with respect to preparation of fee application    ($2,835 − $2,144.98) = $690.02