UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MUHAMMAD MUNAWAR ALI § Case No. 09-23552
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/Gregg Szilagyi _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Nawshaw Zamir | | | | | |
| CRANE HEYMAN SIMON WELCH & CLAR | | | | | |
| CRANE HEYMAN SIMON WELCH & CLAR | | | | | |
| POPOWCER KATTEN LTD. | | | | | |
| POPOWCER KATTEN LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Department of the Treasury | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Accretive Insurance Agency Inc | | | | | |
| 11 | Audi Financial Services | | | | | |
| 2 | Brown and Brown, Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Department of the Treasury | | | | | |
| 13 | Department of the Treasury | | | | | |
| 9 | Illinois Department of Revenue | | | | | |
| 10 | Internal Revenue Service | | | | | |
| 7 | Maura Cullen | | | | | |
| 4 | Muhammad Munawar Ali | | | | | |
| 8 | Muhammad Mustaque Ali | | | | | |
| 6 | Mustacque Ali | | | | | |
| 1 | PYOD LLC its successors and assigns as assignee of | | | | | |
| 5 | Rothschild, Barry & Myers LLP | | | | | |
| 5 | Rothschild, Barry & Myers LLP | | | | | |
| 12 | Wachovia Mortgage | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-23552 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|---|
| Case Name: | MUHAMMAD MUNAWAR ALI | | | | | Date Filed (f) or Converted (c): | 06/29/09 (f) |
| | | | | | | 341(a) Meeting Date: | 08/10/09 |
| For Period Ending: 03/26/12 | | | | | | Claims Bar Date: | 01/26/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL ESTATE - 1715 N ROCKWELL CHGO IL 1/3 INTEREST | Unknown | Unknown | DA | 0.00 | Unknown |
| 2 | REAL ESTATE - 1688 LAKE MICHIGAN AVE FENNEVILLE, MI | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 3 | CASH | 1,460.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | CHECKING JP MORGAN CHASE | 33,510.62 | 33,510.62 | | 33,510.62 | FA |
| 5 | SAVINGS JP MORGAN CHASE | 1,167.25 | 0.00 | DA | 0.00 | 0.00 |
| 6 | CHECKING JP MORGAN CHASE JT W/WIFE | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | SAVINGS JP MORGAN CHASE JT W/WIFE | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | CHECKING CITIBANK | 21.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | SAVINGS CITIBANK | 4,424.00 | 4,424.00 | | 4,075.39 | FA |
| 10 | SAVINGS DHANMONDI BRANCH | 161.38 | 0.00 | DA | 0.00 | 0.00 |
| 11 | SAVINGS NATIONAL BANK BANGLADESH | 656.71 | 0.00 | DA | 0.00 | 0.00 |
| 12 | HOUSEHOLD GOODS AND FURNISHINGS | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 13 | BOOKS, ART OBJECTS, COLLECTIBLES 1/2 INTEREST | Unknown | 0.00 | | 0.00 | 0.00 |
| 14 | WEARING APPAREL | Unknown | Unknown | DA | 0.00 | Unknown |
| 15 | FURS AND JEWELRY | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 16 | INSURANCE POLICIES BANNER LIFE | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 17 | IRA T ROWE PRICE | 102,837.73 | 0.00 | DA | 0.00 | 0.00 |
| 18 | STOCK EDONIC TOFU | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 19 | STOCK JANUS ACCOUNT | 11,806.89 | 11,806.89 | | 13,667.73 | FA |
| 20 | OTHER DEBTS OWED TO DEBTOR - WAGES OWED TO DEBTOR | 1,373.63 | 0.00 | DA | 0.00 | 0.00 |
| 21 | OTHER DEBTS OWED TO DEBTOR - SAYEZ RAHIM | 8,625.00 | 8,625.00 | | 8,625.00 | 0.00 |
| 22 | LICENSES | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 23 | AUTOMOBILE 1997 JEEP CHEROKEE 1/2 W/WIFE | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 24 | AUTOMOBILE 2007 AUDI 1/2 W/WIFE | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 25 | MISC. REFUND (u) | 0.00 | 0.00 | | 2,544.90 | FA |
| 26 | MISC. REFUND - SCHIFF HARDIN RETAINER (u) | Unknown | 0.00 | | 23,238.96 | FA |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 09-23552 ERW | Judge: | Eugene R. Wedoff | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|
| Case Name: | MUHAMMAD MUNAWAR ALI | | | Date Filed (f) or Converted (c): | 06/29/09 (f) |
| | | | | 341(a) Meeting Date: | 08/10/09 |
| For Period Ending: 03/26/12 | | | | Claims Bar Date: | 01/26/10 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 | AVOIDANCE ACTION - fraud transfer and non exempt assets (u) | Unknown | 0.00 | | 201,302.00 | FA |
| INT | 9999 INTEREST iNCOME (u) | Unknown | N/A | | 26.68 | Unknown |

TOTALS (Excluding Unknown Values)         $166,044.21         $58,366.51         $286,991.28

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): / /

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 09-23552
Case Name: MUHAMMAD MUNAWAR ALI
Taxpayer ID No: XX-XXX1717
For Period Ending: 03/26/12

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1944 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/08/09 | 4 | CHASE BANK | LIQUIDATION OF ACCOUNT | 1129-000 | 33,510.62 | | 33,510.62 |
| 10/08/09 | 25 | TERRANCE BUTLER | LOAN REPAYMENT | 1121-000 | 2,544.90 | | 36,055.52 |
| 10/08/09 | 9 | ALI, MUHAMMAD MUNAWAR 1715 NORTH ROCKWELL STREET CHICAGO, IL 60647 | LIQUIDATION OF ACCOUNT | 1129-000 | 4,075.39 | | 40,130.91 |
| 10/08/09 | | MUNAWAR ALI | LIQUIDATION OF ACCOUNT | 1129-000 | 4,075.39 | | 44,206.30 |
| 10/08/09 | 21 | SAYEZ RAHIM | LOAN REPAYMENT | 1129-000 | 8,625.00 | | 52,831.30 |
| 10/08/09 | | MUNAWAR ALI | duplicate | 1129-000 | -4,075.39 | | 48,755.91 |
| 10/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.76 | | 48,756.67 |
| 11/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.20 | | 48,757.87 |
| 12/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.24 | | 48,759.11 |
| 01/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.24 | | 48,760.35 |
| 02/26/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.12 | | 48,761.47 |
| 03/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.24 | | 48,762.71 |
| 04/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.20 | | 48,763.91 |
| 05/28/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.24 | | 48,765.15 |
| 06/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.20 | | 48,766.35 |
| 07/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 1.24 | | 48,767.59 |
| 08/12/10 | 19 | ALI, MUHAMMAD MUNAWAR 1715 NORTH ROCKWELL STREET CHICAGO, IL 60647 | LIQUIDATION OF JANUS ACCOUNT | 1129-000 | 13,667.73 | | 62,435.32 |
| 08/31/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | 1.97 | | 62,437.29 |
| 09/30/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | 2.57 | | 62,439.86 |
| 10/29/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | 2.65 | | 62,442.51 |
| 11/01/10 | | Transfer to Acct#XXXXXX2325 | Transfer of Funds | 9999-000 | | 500.00 | 61,942.51 |
| 11/30/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | 2.55 | | 61,945.06 |
| 12/31/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | 2.63 | | 61,947.69 |
| 01/31/11 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | 2.63 | | 61,950.32 |

Page Subtotals 62,450.32 500.00

Page: 2
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-23552
Case Name: MUHAMMAD MUNAWAR ALI
Taxpayer ID No: XX-XXX1717
For Period Ending: 03/26/12

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1944 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/11 | 27 | ALI, MUHAMMAD MUNAWAR<br>1715 NORTH ROCKWELL STREET<br>CHICAGO, IL 60647 | SETTLEMENT PROCEEDS | 1241-000 | 201,302.00 | | 263,252.32 |
| 08/03/11 | 26 | SCHIFF HARDIN | REFUND OF UNUSED RETAINER | 1229-000 | 23,238.96 | | 286,491.28 |
| 11/22/11 | | Transfer to Acct#XXXXXX2325 | Transfer of Funds | 9999-000 | | 286,491.28 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 286,991.28 | 286,991.28 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 286,991.28 | |
| Subtotal | 286,991.28 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 286,991.28 | 0.00 | |

Page Subtotals    224,540.96    286,491.28

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 09-23552
Case Name: MUHAMMAD MUNAWAR ALI
Taxpayer ID No: XX-XXX1717
For Period Ending: 03/26/12

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2325 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/10 | | Transfer from Acct#XXXXXX1944 | Transfer of Funds | 9999-000 | 500.00 | | 500.00 |
| 09/26/11 | | Nawshaw Zamir | Wire legal fee to Bangladeshi Sp. Counsel 11/1/10 | 3210-000 | | 500.00 | 0.00 |
| 11/22/11 | | Transfer from Acct#XXXXXX1944 | Transfer of Funds | 9999-000 | 286,491.28 | | 286,491.28 |
| 11/22/11 | 001001 | CRANE HEYMAN SIMON WELCH & CLAR<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL 60603 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3220-000 | | 881.91 | 285,609.37 |
| 11/22/11 | 001002 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 2,430.00 | 283,179.37 |
| 11/22/11 | 001003 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 17,599.56 | 265,579.81 |
| 11/22/11 | 001004 | CRANE HEYMAN SIMON WELCH & CLAR<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL 60603 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 42,209.48 | 223,370.33 |
| 11/22/11 | 001005 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | (Final distribution to Claim 13, representing a Payment of 100.00% per court order.) | 5800-000 | | 13,569.39 | 209,800.94 |

Page Subtotals     286,991.28     77,190.34

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

Case No: 09-23552
Case Name: MUHAMMAD MUNAWAR ALI
Taxpayer ID No: XX-XXX1717
For Period Ending: 03/26/12

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2325 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/22/11 | 001006 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | (Final distribution to Claim 1, representing a Payment of 10.18% per court order.) | 7100-000 | | 41.62 | 209,759.32 |
| 11/22/11 | 001007 | Rothschild, Barry & Myers LLP 55 W. Monroe St., Ste. 3900 Chicago, IL 60603 (312) 372-2345 | (Final distribution to Claim 5, representing a Payment of 10.18% per court order.) | 7100-000 | | 4,468.10 | 205,291.22 |
| 11/22/11 | 001008 | Brown and Brown, Inc. c/o Neal H. Levin, Esq. Freeborn & Peters LLP 311 S. Wacker Drive, Suite 3000 Chicago, IL 60606 | (Final distribution to Claim 2, representing a Payment of 10.18% per court order.) | 7100-000 | | 196,273.33 | 9,017.89 |
| 11/22/11 | 001009 | Department of the Treasury Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | (Final distribution to Claim 13, representing a Payment of 10.18% per court order.) | 7100-000 | | 367.46 | 8,650.43 |
| 11/22/11 | 001010 | Accretive Insurance Agency Inc C/O K Shane Caldwell Paula K Jacobi 1 N Wacker Drive Fl 44 Chicago, IL 60606 | (Final distribution to Claim 3, representing a Payment of 10.18% per court order.) | 7100-000 | | 8,650.43 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 286,991.28 | 286,991.28 | 0.00 |
| Less: Bank Transfers/CD's | 286,991.28 | 0.00 | |
| Subtotal | 0.00 | 286,991.28 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 286,991.28 | |
| Page Subtotals | 0.00 | 209,800.94 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit 9

Case No: 09-23552
Case Name: MUHAMMAD MUNAWAR ALI
Taxpayer ID No: XX-XXX1717
For Period Ending: 03/26/12

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX2325 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

|  | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
|  | MONEY MARKET ACCOUNT - XXXXXX1944 | 286,991.28 | 0.00 | 0.00 |
|  | CHECKING ACCOUNT - XXXXXX2325 | 0.00 | 286,991.28 | 0.00 |
| Total Allocation Receipts: | 0.00 | 286,991.28 | 286,991.28 | 0.00 |
| Total Net Deposits: | 286,991.28 | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |
| Total Gross Receipts: | 286,991.28 | | | |

Page Subtotals          0.00          0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*